# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### STATESVILLE DIVISION
### CASE NO. 5:24-CV-199-KDB-DCK

| | |
|---|---|
| GLOBAL SIGNAL ACQUISITIONS, LLC and GLOBAL SIGNAL ACQUISITIONS IV LLC, | ) ) ) |
| Plaintiffs, | ) **ORDER** |
| v. | ) ) ) |
| WILLIAM AHDERS and ELLEN AHDERS, | ) ) |
| Defendants. | ) ) |

**THIS MATTER IS BEFORE THE COURT** on the "Joint Motion To Stay Proceedings Pending And To Facilitate Ongoing Settlement Discussion" (Document No. 23) filed January 29, 2025. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and following consultation with the Bell chambers, the undersigned will <u>grant</u> the motion with modification.

The undersigned observes that the Court has already allowed one extension for Defendants to file a response to Plaintiffs' "Motion To Dismiss Defendants' Counterclaims" (Document No. 19); and advised the parties that "further extensions of this deadline are unlikely to be allowed." (Document No. 22). By the instant motion, the parties now seek an indefinite stay of this action while they pursue settlement. (Document No. 23).

The Court commends the parties' efforts to resolve this matter; however, an indefinite, or even six (6) month stay, is simply not feasible. The parties will be allowed a more limited stay. If the parties file a Notice Of Settlement, the Court can allow additional time for the parties to finalize a settlement.

**IT IS, THEREFORE, ORDERED** that the "Joint Motion To Stay Proceedings Pending And To Facilitate Ongoing Settlement Discussion" (Document No. 23) is **GRANTED with modification**. This matter is **STAYED** through **May 1, 2025**.

**IT IS FURTHER ORDERED** that Plaintiffs' "Motion To Dismiss Defendants' Counterclaims" is **DENIED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that the parties shall file a Notice Of Settlement on or before **May 2, 2025**, or in the alternative, Plaintiffs shall file an Answer, or otherwise respond to Defendants' Counterclaims (Document No. 18) by **May 2, 2025**.

**SO ORDERED**.

Signed: January 29, 2025

David C. Keesler
United States Magistrate Judge